UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Karen Howe,

Plaintiff,

v.

Liberty Life Assurance Company of Boston,

Defendant.

Civil File No. 01-CV1904 ADM/MJB

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Karen Howe and defendant Liberty Life Assurance Company of Boston ("Liberty Life"), through their representative attorneys, hereby agree and stipulate as follows:

1. Plaintiff has sued Liberty Life alleging that the Defendant wrongfully Denied her long-term disability benefits.

2. Liberty Life has agree to reopen Plaintiff's claim and consider evidence in Support of her claim that she is totally disabled by fibromyalgia. As of May 2002, Plaintiff's fibromyalgia-based claim for long-term disability benefits is still being administratively processed by Liberty Life.

3. This litigation may be dismissed without prejudice pending the outcome of Liberty Life's administrative consideration of Plaintiff's fibromyalgia-based claim for long-term disability benefits. Liberty Life agrees to administratively determine the application of Plaintiff's fibromyalgia-based claim for long-term disability benefits within ninety (90) days of the execution of this stipulation.

4. Liberty Life specifically agrees to waive any statute of limitations defenses upon the refiling of this action.

AUG 27 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATE: July 27, 2002

DORSEY & WHITNEY LLP

Stephen P. Lucke (#154210)
Kevin C. Braley (#290373)
50 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600

Attorneys for Defendant

DATE: July 26, 2002

JOHN M. GEARIN, P.A.

John M. Gearin (#028225x)
7300 Hudson Boulevard, Suite 290
Oakdale, MN 55128
Telephone: (651) 731-0911

ORDER

**IT IS HEREBY ORDERED,** that the above-captioned lawsuit is dismissed without prejudice.

Dated: Aug. 28, 2002

Honorable Ann D. Montgomery
United States District Judge